UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60993-Civ-SCOLA

KANTARIYA LEKACHINABUTR,

    Plaintiff,
vs.

DYNAMIC RECOVERY SERVICES, INC.,

    Defendant.
_____/

## DEFAULT JUDGMENT

THIS MATTER is before the Court on the Plaintiff's Motion for Default Judgment (ECF No. 9.)  The Defendant has been served with the summons and complaint in this matter and has failed to respond or otherwise appear.  The Clerk of the Court entered a default against the Defendant on May 30, 2013.  A "defendant, by his default, admits the plaintiff's well-pleaded allegations of fact," as set forth in the operative complaint."  *Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009).  Following the entry of a default judgment, damages may be awarded "without a hearing [if the] amount claimed is a liquidated sum or one capable of mathematical calculation," so long as all essential evidence is a matter of record.  *S.E.C. v. Smyth*, 420 F.3d 1225, 1231, 1232 n.13 (11th Cir. 2005) (quoting *Adolph Coors Co. v. Movement Against Racism & the Klan*, 777 F.2d 1538, 1544 (11th Cir. 1985)).

Evidence demonstrates that the Plaintiff is entitled to a judgment in the amount of $4,102.50, consisting of $1,000.00 in statutory damages, plus $2,627.50 in attorneys' fees, plus $475.00 in taxable costs.  (*See* Mot. Default J., with corresponding exhibits, ECF No. 9.)

Having considered the Motion For Default Judgment, the record, and the relevant legal authorities, it is **ORDERED and ADJUDGED** the Plaintiff's Motion (ECF No. 9) is **GRANTED**.  Default judgment is entered in favor of the Plaintiff, Kantariya Lekachinabutr, and against the Defendant, Dynamic Recovery Services, Inc., in the total amount of **$4,102.50**, for which sum let execution issue.  Interest upon this judgment amount shall accrue at the applicable legal rate.  The Clerk is directed to **CLOSE** this matter.

**DONE and ORDERED** in chambers, at Miami, Florida, on June 11, 2013.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Dynamic Recovery Services, Inc.
c/o Corporation Service Company as its Registered Agent
1201 Hays St., Tallahassee, FL 32301